# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RUTH A. CHASTAIN  
316 EAST AVENUE  
PROPHETSTOWN, IL  61277  

SSN-xxx-xx-6691

Case Number: 05-70207

Case filed on: 1/20/2005  
Plan Confirmed on: 3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,660.94         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 009 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 6,547.70 | 6,547.70 | 6,547.70 | 0.00 |
|  | Total Priority | 6,547.70 | 6,547.70 | 6,547.70 | 0.00 |
| 999 | RUTH A. CHASTAIN | 0.00 | 0.00 | 1,150.07 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,150.07 | 0.00 |
| 002 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CGH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 2,458.27 | 2,458.27 | 2,458.27 | 0.00 |
| 005 | DISCOVER FINANCIAL SERVICES | 4,122.99 | 4,122.99 | 4,122.99 | 0.00 |
| 006 | DR. KANG | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GENESIS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GINNY'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HEILIG-MEYERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | WORLD FINANCIAL NETWORK NATIONAL BANK | 322.88 | 322.88 | 322.88 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 4,520.83 | 4,520.83 | 4,520.83 | 0.00 |
| 013 | RRCA ACCOUNTS MANAGEMENT INC | 1,374.42 | 1,374.42 | 1,374.42 | 0.00 |
| 014 | RRCA ACCOUNTS MANAGEMENT INC | 744.20 | 744.20 | 744.20 | 0.00 |
| 015 | RRCA ACCOUNTS MANAGEMENT INC | 104.00 | 104.00 | 104.00 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 45.33 | 45.33 | 45.33 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 836.70 | 836.70 | 836.70 | 0.00 |
|  | Total Unsecured | 14,529.62 | 14,529.62 | 14,529.62 | 0.00 |
|  | Grand Total: | 22,977.32 | 22,977.32 | 24,127.39 | 0.00 |

Total Paid Claimant:     $24,127.39  
Trustee Allowance:       $1,533.55  
Percent Paid Unsecured:     100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2008          By   /s/Heather M. Fagan